"U.S. District Court Clerk"  "9/21/23"
"OFFICIAL COPY"  "3 pages en-closed"
"Detainee dushew simmons"
"INDIGENT/NO FUNDS"

FILED
SEP 25 2023
IN THIS OFFICE
Clerk, U.S. District Court
Greensboro, N.C.
By ___

Now comes the defendant in file # 23CR332098 Alamance County, NC 27253. I have several Federal Civil & Criminal Complaints & Charges I would like to be On-Record & File. I've been under Pre-Trial Incarceration since 6-10-23 approximately 3:30am, my Constitutional Rights in this County and Human Rights have been Flagrantly, On It's Face & Continuously Violated. Under the 5th & 14th US Constitution Amendments my Due-Process, Probable Cause Hearings have been Violated. Under NCGS 15A-611(A)(1)(2)(3) also Demand for Probable-Cause Hearing 15A-606(A). I nor any previous counsel of record has signed any legal documents, or warrant to continue the probable-cause hearing. I've had 3 In-House Attorneys from this county that are incahoots with Lead District Attorney Sean Boone, to unlawfully, against Color of Law & Oath Illegally Enslave, Cruely Punish & Maliciously Prosecute Innocent Detainee's such as Me. District Attorney's are not Protected by Absolute Immunity when Prosecutor INSOFAR AS Performs the function of a State's Witness (Complaining) Kalina v Fletcher (1997) 522 US 118, 139 Led 2d, There is A DAMAGES REMEDY for such Code of Conduct. Also such Absolute Immunity (2) Does not stem from a DESIRE to SHIELD Abuses of Office. Under the Office of Inspector General Office handbook pg 10 (MEALS) I've been violated & Deprived of my Right to Religious Diet Pescertarian Fish Diet (Lactose Intolerant.) I've followed all in-house LOP's concerning special Diets to continuously get Denied, Also being forced to eat Soy-Meat & Cold Food, poorly proportioned, well under the federal guidelines of 2,000 Calorie hot, nutritious meals. Handbook page (26) #3, the right to Attorney of Choice paid For the United States Government is being flagrantly violated also #7 Unrestricted & Prohibited Access to the Courts to mention Motions Concerns. NC Articles 1, 3, 7, 8, 9, 12, 14, 18, 19, 22 are being violated everyday and at every court appearance. The Kangaroo Court System DOES NOT AND WILL NOT ACKNOWLEDGE ANY UNITED STATES CONSTITUTIONAL AMENDMENTS OR HUMAN RIGHTS.

The Second Appointed Counsel on Record Atty. Keisha D Blaford were appointed on 7.3.23 in district court presiding Judge Ricky Champion which is a Conflict of Interest. Judge Ricky Champion presided over a Child-Custody Case from 2021-2022 involving 2 little girls Dynasty & Zion Trollinger on July 3, 2022 in Alamance County Judge Ricky Champion gave temp Sole Custody to the Adopting Parents. Atty. Keisha D Blaford were asked by me defendant dashaw simmons to file 3 motions upon my request. She told me either you do what I say or nothing. The motions Respectfully asked to file were Article 35 NCGS Speedy Trial which is Currently Repealed in the State of North Carolina, the US 6th Amendments Supercedes the State Constitution she denied 2 times within her motion to withdraw as Counsel filed in court on 7.7.23 at 2:39 p.m. Also she denied my motion for Discovery & Motion to Dismiss. Attorney and ADA Ms. LuAnn Martin were in co-conspiracy to wrongfully & malicious prosecution with no evidence besides the Initial, Investigative Police Reports, no physical evidence NCGS Article 4, §-4A.1, Rule 45(A) [A-1 No Hospital or Medical Records, I asked Atty to provide me a Full-Official Copy of the Alleged victims criminal & civil records I never received any Discovery. On 7.12.23 another attorney were Appointed Todd Russell, the case were continued I invoked my right to Co-Counsel and the presiding Judge Kathryn W Overby violated my US Const 1 Amendment Right & NC Articles 13, 14, and threatened me with 60 days consecutive active sentence if the defendant didn't shut-up and sit down. Todd Russell didn't get me the requested Discovery, nor did he file a writ of heabus corpus to get in curt to let Chief Judge Bradley Reed Allen Sr., know what was going on. On 7.27.23 I had a Pre trial hearing in which I were denied. On 8.2.23 again without substantial concrete evidence I were denied Pre-Trial Release after the ADA LuAnn Martin stated in Open Court after 3 attempts to contact the victim I were unsuccessful and her phone is Disconnected. Co-Conspiracy to Violate my Constitutional rights. On 8.27.23 in District Court presiding judge once again Ricky Champion under application for Bond/ Attorney openly violated my right to be Represented by counsel and stated I'll MAKE SURE THE GRAND JURY INDICTS YOU. Atty TODD RUSSELL REMOVED HIMSELF FROM THE CASE. ON 9.15.23 HE FINALLY FILED A MOTION FOR FAST & SPEEDY TRIAL. THE FEDERAL

Speedy Trial Act 18 USC 3161 states the government has shall bring defendant to trial no less than 30 days, No more than 70 days after charging a defendant. NCGS 15A-534 Right to Pre-Trial Release in Capital & Non Capital Cases, I were denied. NCGS 15A-954 (1A)(7A), GS 15A-931 Voluntary Dismissal, GS 15A-173 Motion to Dismiss on Evidence, NOA in a mised case involving same alleged victim Nikki Pinnix 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 dob 07/09/1986 misd injury to personal property ADA Patrick Bidwell entered judgment NCGS 15A-302(c) Dismissal by prosecutor. File #23CR323526. 8-24-23 Article 23 Police Processings & Duties Upon Arrest GS 15A-501 1),5). I WANT THE FEDERAL COURTS TO KNOW I'M IN FEAR ALSO I'VE BEEN SEXUALLY RAPED 2 TIMES IN THIS DETENTION FACILITY 1st OCCURED ON OR ABOUT 6-2-23 - 6-4-23 A-BLOCK I WERE HOUSED IN A-1, MICHAEL BARBEE WERE IN A-5, A-4 & A-2 ARE 2 MORE PREDATORS INVOLVED I CONTACTED THE JAIL INVESTIGATOR HE'S DONE NOTHING ABOUT IT, I KIOSKED TO CAPT J KENNEDY AND ASKED TO FILE CRIMINAL CHARGES AGAINST AND WERE BLOCKED (AND TOLD TO KEEP MY MOUTH SHUT). THE 2nd SEXUAL RAPE OCCURED ON OR ABOUT 7-3 - 7-6-23 IN I-BLOCK SEGREGATION I were HOUSED IN I-5 & PREDATOR LAMONT FRIEND IS AND WERE HOUSED IN I-6. I HAVE PHYSICAL HAIR EVIDENCE TO SUPPORT THE RAPE, INVESTIGATOR SWEPT IT UNDER THE CARPET. I DON'T FEEL SAFE AT ALL IN THIS FACILITY. PLEASE NOTE I AM FINANCIALLY INDIGENT SINCE 6-10-23, I HAVE NO MONEY AT ALL I WANT TO FILE 12 FEDERAL USCS 42 1983 FORMS, WITH RETURN 1st CLASS POSTAGE PLEASE, ALSO I'VE SENT MAIL OUT AND IT HAS NOT REACHED IT'S DESTINATION UPON RECIEVING THIS LETTER PLEASE INFORM ME THE BEST & QUICKEST WAY POSSIBLE. ALSO I NEED A LAWYER OUT OF THIS REGION, THAT WILL VISIT, CONTACT & MAKE SURE JUSTICE PRE-VAILS. I'M INDIGENT I REQUEST 12 USCS FEDERAL 1983's TO BEGAN MY COMPLAINTS & LAWSUITS. I RESPECTFULLY ASK TO BE NOTIFIED UPON RECIEPT OF THIS LETTER & RETURNED 1st CLASS POSTAGE ENCLOSED TO ME INSIDE THE CLAIMS PACKAGE. "PLEASE NOTE CAMERA'S ARE AUDIO, VISUAL WHICH MEANS THEY CANNOT BE DELETED, TAMPERED, ALTERED. I NEED A FEDERAL LAWYER VERY SOON. ALSO I TRIED TO CONTACT THE CLERK AT 336-332-6000 AND ACCOUNT HAS TO BE SET-UP TO COMMUNICATE. THANK YOU SINCERELY dushawn simmons.